### 12070. MORROW v. REDDING *et al.*

BLOODWORTH, J. The court did not err in overruling the motion to set aside the judgment in this case. See *Chance* v. *State,* ante, 307 (108 S. E. 249). *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 26, 1921.

Distraint; from Fulton superior court — Judge Ellis. November 5, 1920.

*Morrow & Morrow,* for plaintiff in error.

*W. C. Mundy,* contra.